IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Chicago DIVISION

IN RE:
OSCARSON, JEFFREY F.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05-52582 5

JUDGE Manuel Barbosa

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE Manuel Barbosa, BANKRUPTCY JUDGE

NOW COMES CHARLES J. MYLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. CHARLES J. MYLER was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/13/2005. The Trustee was appointed on 10/13/2005. An order for relief under Chapter 7 was entered on 10/13/2005. The Trustee's case bond is in the amount of $31.80.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of May 31, 2008 is as follows:

| | | |
|---|---|---|
| a. RECEIPTS (See Exhibit C) | $ | 42,428.64 |
| b. DISBURSEMENTS (See Exhibit C) | $ | 0.00 |
| c. NET CASH available for distribution | $ | 42,428.64 |
| d. TRUSTEE/PROFESSIONAL COSTS | | |
|    1. Trustee compensation requested (See Exhibit E) | $ | 4,992.86 |
|    2. Trustee Expenses (See Exhibit E) | $ | 612.45 |

3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) $ 24,681.25

e. Illinois Income Tax for Estate (See Exhibit G) $ 0.00

5. The Bar Date for filing unsecured claims expired on March 11, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | |
|---|---|
| a. Allowed unpaid secured claims | $ 0.00 |
| b. Chapter 7 Administrative and 28 U.S.C. §1930 claims | $ 30,286.56 |
| c. Allowed Chapter 11 Administrative Claims | $ 0.00 |
| d. Allowed priority claims | $ 0.00 |
| e. Allowed unsecured claims | $ 1,106,727.35 |

7. Trustee proposes that unsecured creditors receive a distribution of 1.097% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $24,681.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $24,681.25. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $1,709.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: June 20, 2008

RESPECTFULLY SUBMITTED,

By: /s/ Charles J. Myler

CHARLES J. MYLER, Trustee, ARDC#2008602
105 East Galena Blvd., 8th Floor
AURORA, IL 60505
Telephone # (630) 897-8475

EXHIBIT A

This case involved both the sale of a timeshare and the prosecution of a fraudulent conveyance case against the debtor's spouse. The timeshare involved Disney Properties and the trustee was able to contact Disney re-sellers about a listing. This was implemented and after trustee counsel petitioned the court the debtor countered with an offer that was better than the trustee would have received from the Disney re-sellers. The fraudulent conveyance case involved property which the debtor transferred to his wife, including the creation of a new accounts and a chain of transfers which supplemented the trustee's case. This matter was subject to cross motions for summary judgment filed by both parties and eventually was settled for $10,000.00.

The trustee checked all claims, assisted trustee counsel in preparing the final report and took all steps necessary to close the estate, including answering numerous telephone calls from creditors. It is estimated that trustee spent approximately 20 hours on these tasks.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-52582 5
Case Name: OSCARSON, JEFFREY F.
Period Ending: 05/31/08

Trustee: (330510)   CHARLES J. MYLER
Filed (f) or Converted (c): 10/13/05 (f)
§341(a) Meeting Date: 12/19/05
Claims Bar Date: 02/17/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence in St. Charles, IL - 1/2 interest | 290,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 500 points in Disney Vacation | 30,600.00 | 26,859.00 | | 15,000.00 | FA |
| 3 | Checking account | 500.00 | 500.00 | DA | 0.00 | FA |
| 4 | Household furnishings | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 5 | Wearing apparel | 100.00 | 100.00 | DA | 0.00 | FA |
| 6 | State Farm term policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Edward Jones IRA | 33,836.00 | 33,836.00 | DA | 0.00 | FA |
| 8 | Midwest Pkg pension plan | 51,082.00 | 51,082.00 | DA | 0.00 | FA |
| 9 | Purchase Pension Plan | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 10 | ERISA retirement account | 102,825.00 | 102,825.00 | DA | 0.00 | FA |
| 11 | Stock in Midwest Pkg | 1.00 | 1.00 | DA | 0.00 | FA |
| 12 | 2003 Ford Expedition | 15,000.00 | 15,000.00 | DA | 0.00 | FA |
| 13 | Tax refunds | 19,000.00 | 19,000.00 | | 17,095.00 | FA |
| 14 | Possible fraudulent conveyance to spouse | 20,000.00 | 20,000.00 | | 10,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 333.64 | Unknown |
| 15 | Assets Totals (Excluding unknown values) | $613,944.00 | $320,203.00 | | $42,428.64 | $0.00 |

EXHIBIT B

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.

**Trustee:** (330510)  CHARLES J. MYLER
**Filed (f) or Converted (c):** 10/13/05 (f)
**§341(a) Meeting Date:** 12/19/05
**Claims Bar Date:** 02/17/06

**Period Ending:** 05/31/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**
Trustee has settled adverary suit against former spouse; awaiting payment

**Initial Projected Date Of Final Report (TFR):** June 30, 2006      **Current Projected Date Of Final Report (TFR):** June 30, 2008 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-52582 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | OSCARSON, JEFFREY F. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****58-65 - Money Market Account |
| Taxpayer ID #: | 13-7526719 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/31/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #}/ Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/06 | {2} | Laura Oscarson | Earnest money deposit towards purchase of debtor's interest in vacation club | 1110-000 | 1,000.00 | | 1,000.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.15 | | 1,000.15 |
| 06/02/06 | {2} | Laura Oscarson | Balance of Disney shares | 1110-000 | 14,000.00 | | 15,000.15 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.33 | | 15,008.48 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.20 | | 15,018.68 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.21 | | 15,028.89 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.55 | | 15,038.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.54 | | 15,048.98 |
| 11/09/06 | {13} | US Treasury | 2005 federal tax refund | 1124-000 | 11,483.00 | | 26,531.98 |
| 11/27/06 | {13} | State of IL | 2005 state income tax refund | 1124-000 | 5,612.00 | | 32,143.98 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.66 | | 32,158.64 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.43 | | 32,179.07 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.45 | | 32,200.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.04 | | 32,216.56 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.20 | | 32,233.76 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.78 | | 32,251.54 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.79 | | 32,269.33 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.65 | | 32,285.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.39 | | 32,304.37 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.82 | | 32,322.19 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.10 | | 32,338.29 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.99 | | 32,357.28 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.83 | | 32,374.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.48 | | 32,390.59 |
| | | | Subtotals : | | $32,390.59 | $0.00 | |

{} Asset reference(s)

Printed: 06/19/2008 09:05 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.
**Taxpayer ID #:** 13-7526719
**Period Ending:** 05/31/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****58-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 14.81 | | 32,405.40 |
| 02/28/08 | {14} | Laura Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 34,905.40 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.64 | | 34,912.04 |
| 03/31/08 | {14} | Laura Oscarson | payment on settlement | 1141-000 | 2,500.00 | | 37,412.04 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.45 | | 37,418.49 |
| 04/30/08 | {14} | Jeff Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 39,918.49 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.20 | | 39,923.69 |
| 05/28/08 | {14} | Jeffrey Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 42,423.69 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.95 | | 42,428.64 |
| | | | **ACCOUNT TOTALS** | | 42,428.64 | 0.00 | $42,428.64 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 42,428.64 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,428.64** | **$0.00** | |

{} Asset reference(s)


EXHIBIT C

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.
**Taxpayer ID #:** 13-7526719
**Period Ending:** 05/31/08

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****58-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |

| | | | | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | 42,428.64 | 0.00 | 42,428.64 |
| | | MMA # ***-*****58-65 | | $42,428.64 | $0.00 | $42,428.64 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Chicago DIVISION

| | |
|---|---|
| IN RE:<br>OSCARSON, JEFFREY F.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-52582 5<br><br>JUDGE Manuel Barbosa |

## DISTRIBUTION REPORT

I, <u>CHARLES J. MYLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 30,286.56 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 12,142.08 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 42,428.64** |

**EXHIBIT D**

DISTRIBUTION REPORT                                                                  PAGE 1

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 30,286.56 | 100.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | CHARLES J. MYLER, Trustee fee | | 4,992.86 | 4,992.86 |
| | Charles J. Myler, Trustee expenses | | 612.45 | 612.45 |
| | Myler, Ruddy & McTavish, attorneys for trustee fees | | 24,681.25 | 24,681.25 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ | 0.00 | 0.00% |
| CLAIM NUMBER CREDITOR | | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ | 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                    PAGE 2

| CLAIM NUMBER CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |

EXHIBIT D

DISTRIBUTION REPORT                                                         PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 1,206,727.35 | 1.097% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Monaco Products, Inc. | $40,597.40 | 445.40 |
| 2 (amnded by #4) | Green Bay Packaging | 37,592.41 | 412.43 |
| 3 | Roundup Funding | 1,000,685.30 | 10,978.68 |
| 4 | Green Bay Packaging | 17,094.51 | 187.55 |
| 5 | American Express Centurion | 10,757.73 | 118.02 |
| 6 | eCAST Settlement Corp. | | |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

EXHIBIT D

DISTRIBUTION REPORT  PAGE 4

| 15. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(5) - Interest | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and

EXHIBIT D

**DISTRIBUTION REPORT**                                                                 **PAGE 5**

correct.


DATED: June 20, 2008
                                                    _____
                                                    CHARLES J. MYLER, Trustee