**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Chicago DIVISION**

| IN RE:<br>OSCARSON, JEFFREY F.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-52582<br><br>JUDGE Manuel Barbosa |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Kane County Courthouse
   100 S. Third St., Courtoom 140,
   Geneva, Illinois 60134

   on: November 20, 2008
   at: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $           42,428.64

   b. Disbursements                         $                0.00

   c. Net Cash Available for                $           42,428.64
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | | |
|---|---|---|---|
| CHARLES J. MYLER (Trustee Fees) | 0.00 | $4,992.86 | $612.45 |
| Myler, Ruddy & McTavish, Attorneys for Trustee | 0.00 | 24,681.25 | 24,681.25 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $1,206,727.35 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.097%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Monaco Products, Inc. | $40,597.40 | 445.40 |
| 2 | Green Bay Packaging, Inc. (Amended by Claim#4) | 37,592.41 | 412.43 |
| 3 | Roundup Funding | 1,000,685.30 | 10,978.68 |
| 4 | Green Bay Packinging, Inc. | 17,094.51 | 187.55 |
| 5 | American Express Centurion | 10,757.73 | 118.02 |
| 6 | eCAST Settlement Corp. | | |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or

may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing:

Dated: October 28, 2008           For the Court,

                                          **KENNETH S. GARDNER**
                                          Kenneth S. Gardner
                                          Clerk of the U. S. Bankruptcy Court
                                          219 S. Dearborn Street; 7th Floor
                                          Chicago, IL  60604

Trustee:  CHARLES J. MYLER
Address:  105 East Galena Blvd., 8th Floor
             AURORA, IL  60505
             Phone No.:  (630) 897-8475
Fax No.:  (630) 897-8076

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Oct 28, 2008
Case: 05-52582                Form ID: pdf002          Total Served: 29
```

The following entities were served by first class mail on Oct 30, 2008.
```
db          +Jeffrey F. Oscarson,    7N 172 Fox Bend Dr.,    Saint Charles, IL 60175-8496
aty         +Eileen M Sethna,    Querrey & Harrow,    175 W. Jackson Blvd. Suite 1600,    Chicago, IL 60604-2686
aty         +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
              Chicago, IL 60604-2686
tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
              Aurora, IL 60505-3338
10181307     American Express,    P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
10181308     American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
11961521     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10181309    +Charter National Bank,    2200 W. Higgins Road,    Hoffman Estates, IL 60169-2481
10181310     Chase Visa,    PO Box 15298,    Wilmington, DE 19850-5298
10181311     Citi Cards,    P.O. Box 688903,    Des Moines, IA 50368-8913
10181312     Comp USA,    Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
10181313    +Disney Vacation Development,    200 Celebration Place,    Celebration, FL 34747-4600
10181314   ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Sq.,    Maildrop 1MOC2J,
              Cincinnati, OH 45263)
10181315    +Fifth Third Bank,    101 West Stephenson St.,    Freeport, IL 61032-4200
10181316     First Equity Card Corp.,    PO Box 23029,    Columbus, GA 31902-3029
10181317    +Ford Credit,    PO Box 64400,    Colorado Springs, CO 80962-4400
11918192    +Green Bay Packaging,    c/o Scott N. Schreiber,    55 W. Monroe, Suite 1200,
              Chicago, IL 60603-5127
10799313    +Green Bay Packaging Inc,    POB 19017,    Green Bay, WI 54307-9017
10181318    +Green Bay Packaging, Inc.,    c/o Scott N Schreiber,    191 N. Wacker Drive, #1800,
              Chicago, IL 60606-1631
10181319     Harris,   Bank Card Services,    PO Box 15286,    Wilmington, DE 19886-5286
10501318     Household Bank (SB) NA,    c/o Bass & Associates PC,    3936 E Ft. Lowell RD  STE 200,
              Tucson, AZ  85712-1083
10573645    +John J Monaco Products Co,    3120 W Lake Street,    Melrose Park, IL 60160-2920
10181320     MBNA Amerca,    PO Box 15287,    Wilmington, DE 19886-5287
10583472    +Monaco Products Inc,    Joel A Brodsky Brodsky & Odeh,    8 S Michigan Ave Ste 3200,
              Chicago, IL 60603-3320
10181322    +US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
10181321     United Mileage Plus,    PO Box 15298,    Wilmington, DE 19850-5298
10181323    +Washington Mutual,    PO Box 3139,    Milwaukee, WI 53201-3139
11983335     eCAST Settlement Corporation assignee of,    Chase Bank USA NA,    POB 35480,
              Newark NJ 07193-5480
```

The following entities were served by electronic transmission on Oct 29, 2008.
```
11813098      E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 29 2008 05:48:19      Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                             TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Myler Ruddy & McTavish
                                                                                             TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**                               **Signature:** *Joseph Speetjens*