UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| JEFFREY F. OSCARSON, | ) | No. 05 B 52582 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: January 14, 2009

TRUSTEE

/s/ Charles J. Myler
Charles J. Myler

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Chicago

IN RE:
OSCARSON, JEFFREY F.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 05-52582 5

JUDGE Manuel Barbosa

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 4,992.86 |
| 2. | Trustee's expenses | $ 612.45 |
| | TOTAL | $ 5,605.31 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 24,681.25 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 0.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |



d. Chapter 11 Expenses $ 0.00

3. Other Professionals

TOTAL $ 24,681.25

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ______ day of ________________, 200 8 .

NOV 2 0 2008

ENTERED

Manuel Barbosa
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Chicago DIVISION

| | |
|---|---|
| IN RE:<br>OSCARSON, JEFFREY F.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-52582 5<br><br>JUDGE Manuel Barbosa |

**DISTRIBUTION REPORT**

I, CHARLES J. MYLER, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 30,286.56 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 12,170.47 |

TOTAL AMOUNT TO BE DISTRIBUTED: $ 42,457.03



| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims<br>$ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of<br>$<br>administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | 30,286.56 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | CHARLES J. MYLER, Trustee fee | 4,992.86 | 4,992.86 |
| | Charles J. Myler, Trustee expenses | 612.45 | 612.45 |
| | Myler, Ruddy & McTavish, attorneys for trustee fees | 24,681.25 | 24,681.25 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession<br>$<br>(DIP) administrative expenses) | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)<br>$ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

EXHIBIT D

TOTAL $ 0.00

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

TOTAL $ 0.00

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) $ | | 1,206,727.35 | 1.099% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Monaco Products, Inc. | $40,597.40 | 446.45 |
| 2 (amnded by #4) | Green Bay Packaging | 37,592.41 | 413.40 |
| 3 | Roundup Funding | 1,000,685.30 | 11,004.34 |
| 4 | Green Bay Packaging | 17,094.51 | 187.98 |
| 5 | American Express Centurion | 10,757.73 | 118.30 |
| 6 | eCAST Settlement Corp. | | |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties $ | | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

EXHIBIT D

| | | |
|---|---|---|
| | TOTAL $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: Nov. 25, 2008

/s/ Charles J. Myler
CHARLES J. MYLER, Trustee

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.

**Taxpayer ID #:** 13-7526719
**Period Ending:** 01/14/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****58-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 05/23/06 | {2} | Laura Oscarson | Earnest money deposit towards purchase of debtor's interest in vacation club | 1110-000 | 1,000.00 | | 1,000.00 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.15 | | 1,000.15 |
| 06/02/06 | {2} | Laura Oscarson | Balance of Disney shares | 1110-000 | 14,000.00 | | 15,000.15 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 8.33 | | 15,008.48 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.20 | | 15,018.68 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.21 | | 15,028.89 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.55 | | 15,038.44 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.54 | | 15,048.98 |
| 11/09/06 | {13} | US Treasury | 2005 federal tax refund | 1224-000 | 11,483.00 | | 26,531.98 |
| 11/27/06 | {13} | State of IL | 2005 state income tax refund | 1224-000 | 5,612.00 | | 32,143.98 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 14.66 | | 32,158.64 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 20.43 | | 32,179.07 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.45 | | 32,200.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.04 | | 32,216.56 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.20 | | 32,233.76 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.78 | | 32,251.54 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.79 | | 32,269.33 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.65 | | 32,285.98 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.39 | | 32,304.37 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.82 | | 32,322.19 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 16.10 | | 32,338.29 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.99 | | 32,357.28 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.83 | | 32,374.11 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 16.48 | | 32,390.59 |
| | | | | **Subtotals :** | **$32,390.59** | **$0.00** | |

EXHIBIT C

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.

**Taxpayer ID #:** 13-7526719
**Period Ending:** 01/14/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****58-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 14.81 | | 32,405.40 |
| 02/28/08 | {14} | Laura Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 34,905.40 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 6.64 | | 34,912.04 |
| 03/31/08 | {14} | Laura Oscarson | payment on settlement | 1141-000 | 2,500.00 | | 37,412.04 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.45 | | 37,418.49 |
| 04/30/08 | {14} | Jeff Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 39,918.49 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.20 | | 39,923.69 |
| 05/28/08 | {14} | Jeffrey Oscarson | Payment on settlement | 1141-000 | 2,500.00 | | 42,423.69 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.95 | | 42,428.64 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.37 | | 42,434.01 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.39 | | 42,439.40 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.04 | | 42,444.44 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.56 | | 42,450.00 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 4.62 | | 42,454.62 |
| 11/21/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1000% | 1270-000 | 2.41 | | 42,457.03 |
| 11/21/08 | | To Account #********5866 | transfer to checking | 9999-000 | | 42,457.03 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **42,457.03** | **42,457.03** | **$0.00** |
| Less: Bank Transfers | 0.00 | 42,457.03 | |
| **Subtotal** | **42,457.03** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$42,457.03** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.

**Taxpayer ID #:** 13-7526719
**Period Ending:** 01/14/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****58-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/08 | | From Account #*********5865 | transfer to checking | 9999-000 | 42,457.03 | | 42,457.03 |
| 12/03/08 | 101 | CHARLES J. MYLER | | 2100-000 | | 4,992.86 | 37,464.17 |
| 12/03/08 | 102 | Charles J. Myler | | 2200-000 | | 612.45 | 36,851.72 |
| 12/03/08 | 103 | Myler, Ruddy & McTavish | | 3110-000 | | 24,681.25 | 12,170.47 |
| 12/03/08 | 104 | Monaco Products Inc | 05 M1-189372 | 7100-000 | | 446.45 | 11,724.02 |
| 12/03/08 | 105 | Roundup Funding, LLC | xxxx6603 | 7100-000 | | 413.40 | 11,310.62 |
| 12/03/08 | 106 | Green Bay Packaging | | 7100-000 | | 11,004.34 | 306.28 |
| 12/03/08 | 107 | American Express Centurion Bank | Acct.#3005 | 7100-000 | | 187.98 | 118.30 |
| 12/03/08 | 108 | eCAST Settlement Corporation assignee of | | 7100-000 | | 118.30 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **42,457.03** | **42,457.03** | **$0.00** |
| Less: Bank Transfers | 42,457.03 | 0.00 | |
| **Subtotal** | **0.00** | **42,457.03** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$42,457.03** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 05-52582 5
**Case Name:** OSCARSON, JEFFREY F.

**Taxpayer ID #:** 13-7526719
**Period Ending:** 01/14/09

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****58-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 42,457.03 |
| Net Estate : | $42,457.03 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****58-65 | 42,457.03 | 0.00 | 0.00 |
| Checking # ***-*****58-66 | 0.00 | 42,457.03 | 0.00 |
| | $42,457.03 | $42,457.03 | $0.00 |

{} Asset reference(s)